36 So.2d 606

**KRAFT FOODS CO. et al. v. Robert D. HALLETT et al.**

1 Div. 300.

Supreme Court of Alabama.

June 26, 1948.

Gaillard & Gaillard and Carl Fox, all of Mobile, for appellants.

Outlaw, Seale & Kilborn and Wm. V. McDermott, all of Mobile, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellants.

38 So.2d 193

**Ex parte Leonard Rufus LEDBETTER et al.**

8 Div. 448.

Supreme Court of Alabama.

Oct. 4, 1948.

Hawkins & Copeland, of Gadsden, for petitioners.

PER CURIAM.

Petition dismissed, motion of petitioners.

38 So.2d 193

**Edna LOONEY v. J. A. MORRIS.**

8 Div. 473.

Supreme Court of Alabama.

Jan. 3, 1949.

S. A. Lynne, of Decatur, for appellant.

Sherman Powell, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

38 So.2d 194

**LOUIS PIZITZ DRY GOODS CO. v. W. I. DAVIS.**

6 Div. 756.

Supreme Court of Alabama.

Nov. 23, 1948.

London & Yancey, of Birmingham, for appellant.

Beddow & Jones, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

38 So.2d 194

**LOUIS PIZITZ DRY GOODS CO. v. Elouise DAVIS.**

6 Div. 755.

Supreme Court of Alabama.

Nov. 23, 1948.

London & Yancey, of Birmingham, for appellant.

Beddow & Jones, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

39 So.2d 52

**John W. McCRANEY v. GULF REFINING CO. et al.**

7 Div. 908.

Supreme Court of Alabama.

Jan. 13, 1949.

Per Curiam.

Appeal dismissed, motion of appellant.